# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD UTTER, | : | NO. 4:23-CV-01302 |
| Plaintiff, | : | |
| | : | |
| v. | : | (CAMONI, M.J.) |
| | : | |
| FRANK BISIGNANO, | : | |
| *Commissioner of Social Security* | : | |
| Defendant. | : | |

## ORDER

In accordance with the accompanying Memorandum Opinion, it is

ORDERED that:

(1) The Commissioner's decision be VACATED, and this case is REMANDED to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

(2) Final judgment will be entered in Plaintiff's favor.

(3) The Clerk of Court is directed to CLOSE this case.

Date: October 6, 2025                    *s/ Sean A. Camoni*
                                         Sean A. Camoni
                                         United States Magistrate Judge